# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TROY LONGSTAFF, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: <u>C08-0686-CRD</u> |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Social Security Commissioner's decision is AFFIRMED and this action is DISMISSED.

Dated this 6th day of November, 2008.

BRUCE RIFKIN
Clerk

s/ Rhonda Stiles
Deputy Clerk
